# Greenbaum Rowe Smith & Davis LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600   FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
747 THIRD AVENUE
2ND FLOOR
NEW YORK, NY 10017
(212) 847-9858

**ROBERT J. FLANAGAN III**
(732) 476-3204 - DIRECT DIAL
(732) 476-3205 - DIRECT FAX
RFLANAGAN@GREENBAUMLAW.COM

October 18, 2019

**VIA ECF**

Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re: St. Fleur v. City of Linden, et al.
         Civil Action No. 2:15-cv-1464-SRC-CLW

Dear Magistrate Waldor:

  This firm is counsel to plaintiff Patrick M. St. Fleur in the above-referenced matter. I write today to respectfully request an adjournment of the deadline to submit the Final Pretrial Order in this matter. The parties have begun to undertake meaningful settlement discussions, and believe there is a chance for resolution. However, they will require additional time to continue these discussions. Further, the parties believe that allowing them to focus their resources on these discussions, as opposed to trial preparation, will assist in potentially achieving a settlement.

  In light of the foregoing, and with the consent of all my adversaries, I request an adjournment of the deadline to submit the Final Pretrial Order. If the Court has any questions, please do not hesitate to e-mail or call me. Thank you.

            Respectfully submitted,

            /s/ Robert J. Flanagan III

            Robert J. Flanagan III

cc: Catherine DeAppolonio, Esq. (via ECF and e-mail)