

Robert F. Renaud*                                                        Writer's direct
Catherine M. DeAppolonio+                                    cdeappolonio@rdlawnj.com
Adam Colicchio
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+also admitted in New York

March 17, 2020

**VIA ECF**
Hon. Stanley R. Chesler, U.S.D.J.
United States District Court – District of New Jersey
50 Walnut Street
Newark, N.J.  07102

Re:    Patrick St Fleur  v  City of Linden, et al.
       Case #:  2:15-cv-01464

Dear Judge Chesler:

As you know this firm represents Defendant Sergeant Jedrzejewski in the above referenced matter.  Please accept this letter with an update on the settlement of this matter. Plaintiff's counsel, Robert Flanagan, Esq. and I have agreed on a proposed form of a settlement agreement.  However, the execution of this Agreement might take a couple weeks as a result of the current state of affairs.  It would be appreciated if the deadline for the completion of the settlement and filing of the stipulation of dismissal be extended for another thirty (30) days. I have the consent of Plaintiff's Counsel in making this request.

Thank you for your courtesies.

Respectfully submitted,

RENAUD DEAPPOLONIO LLC

s/Catherine M. DeAppolonio

Catherine M. DeAppolonio, Esq.

cc:  Robert Flanagan, Esq.